DOA: 3/11/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Manuel Alvarado, | ) | Case No.   25-6103MJ |
| A #205 600 558 | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 11, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Juan Manuel Alvarado, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 21, 2023, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY *Digitally signed by CHARLES BAILEY Date: 2025.03.12 11:09:20 -07'00'*

AUTHORIZED BY:  Charles E. Bailey Jr., P.S. for SAUSA Sydney Yew

☒ Continued on the attached sheet.

LUIS E TERAN *Digitally signed by LUIS E TERAN Date: 2025.03.12 11:37:02 -07'00'*

*Complainant's signature*

Luis E. Teran
ICE Deportation Officer

*Printed name and title*

Sworn to telephonically.

Date:  March 12, 2025  @12:02pm

*Judge's signature*

Alison S. Bachus
United States Magistrate Judge

City and state:  Phoenix, Arizona

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Luis E. Teran, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about March 11, 2025, agents with the Drug Enforcement Administration (DEA) encountered Juan Manuel Alvarado during an investigation and law enforcement operation in Phoenix, Arizona. DEA agents suspected Alvarado to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Response unit for assistance. ICE officers responded to the scene and interviewed Alvarado and determined him to be a citizen of Mexico, unlawfully present in the United States. Alvarado was taken into ICE custody and transported to the Phoenix ICE field office for further investigation and processing. Alvarado was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Manuel Alvarado to be a citizen of Mexico and a previously deported alien. Alvarado was removed from the United States to Mexico, through Nogales, Arizona, on or about July 21, 2023, pursuant to a final order of removal issued by an immigration judge. There is no record of Alvarado in any Department of Homeland Security database to suggest that he obtained permission from

the Secretary of the Department of Homeland Security to return to the United States after his last removal. Alvarado's immigration history was matched to him by electronic fingerprint comparison.

4. On or about March 12, 2025, Juan Manuel Alvarado was advised of his constitutional rights. Alvarado freely and willingly acknowledged his rights but did not agree to provide a statement under oath. However, on or about March 11, 2025, during his initial encounter with ICE agents, Alvarado admitted that he illegally entered the United States on an unspecified date, at or through an unspecified location, without inspection by immigration officials.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about March 11, 2025, Juan Manuel Alvarado, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about July 21, 2023, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable

cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

LUIS E TERAN
Digitally signed by LUIS E TERAN
Date: 2025.03.12 11:37:34 -07'

Luis E. Teran
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
March 12, 2025

Alison S. Bachus
United States Magistrate Judge

3